BERNARD COWEN, Appellant, *v.* VIOLA S. STINE, Defendant, and LENORA G. PICKENS, Respondent.

Argued February 22, 1950; decided March 3, 1950.

*Bernard Cowen,* in person, and *Robert M. Cowen* for appellant.

*Victor Marans* and *Bernard Phillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.